Case 1:11-cv-03975-ENV-LB   Document 39   Filed 07/25/12   Page 1 of 1 PageID #: 424

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 25 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE LUIS ARROCHA,

                 Plaintiff,

-against-

THE CITY UNIVERSITY OF NEW YORK,
MANUEL SENEN VIVERO, AND HOWARD
JOHNSON,

                 Defendants.
-----------------------------------------------------------------X

JUDGMENT
11-CV- 3975 (ENV)

       A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on July 23, 2012, granting the motion to dismiss and all claims, both federal and state, are dismissed; and ordering that the dismissal is with prejudice; it is

       ORDERED, ADJUDGED AND DECREED that the motion to dismiss is granted and all claims, both federal and state are dismissed with prejudice.

Dated: Brooklyn, New York
       July 25, 2012

                                                DOUGLAS C. PALMER
                                                Clerk of Court